LAW OFFICE OF JEFFREY D. FULTON
Jeffrey D. Fulton SBN 206466
Natalya Grunwald SBN 265084
2150 River Plaza Drive, Suite 260
Sacramento, CA 95833
Telephone: 916-993-4900
Facsimile: 916-441-5575
Email: JFulton@JFultonLaw.com
Email: NGrunwald@JFultonLaw.com

Attorneys for Plaintiff
RODNEY MATTOS

ANTHONY J. DECRISTOFORO, SBN 166171
anthony.decristoforo@ogletree.com
PAUL M. SMITH, SBN 306644
paul.smith@ogletree.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Esquire Plaza
1215 K Street 17th Floor
Sacramento, CA 95814
Telephone: 916.840.3150
Facsimile: 916.840.3159

Attorneys for Defendant AVESIS
INCORPORATED

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY MATTOS<br><br>Plaintiff,<br><br>v.<br><br>AVESIS INCORPORATED<br><br>Defendant. | Case No. 2:18-CV-00414 JAM-EFB<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING BINDING ARBITRATION**<br><br>Complaint Filed: February 22, 2018<br>Judge: Hon. John A. Mendez |

Plaintiff RODNEY MATTOS ("Plaintiff") and Defendant AVESIS INCORPORATED ("Defendant") do hereby agree and stipulate that this action be STAYED with respect to all claims, causes of action, and parties, pending the completion of binding arbitration in accordance with the parties' Arbitration Agreement, as amended in the form described below:

1. Plaintiff shall submit a claim for binding arbitration to JAMS before the Michael Loeb;

2. Defendant shall cover all costs unique to arbitration, in accordance with the terms of the parties' Arbitration Agreement;

3. The arbitration shall be conducted in accordance with the JAMS Employment Arbitration Rules;

4. All proceedings in this Court shall be and remain stayed pending binding arbitration; and

5. This Court shall retain jurisdiction over this action pending completion of binding arbitration, including for purposes of confirming any potential arbitration award and to enter judgment, if any, as necessary.

**IT IS SO STIPULATED.**

DATED: August 6, 2018　　　　　LAW OFFICE OF JEFFREY D. FULTON

By: /s/ *Jeffrey D. Fulton*
Jeffrey D. Fulton
Natalya Grunwald
Attorneys for Plaintiff
RODNEY MATTOS

DATED: August 6, 2018　　　　　OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Anthony J. DeCristoforo*
Anthony J. DeCristoforo
Paul M. Smith
Attorneys for Defendant AVESIS INCORPORATED

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individuals whose electronic signature is attributed above.

DATED: August 6, 2018　　　　　OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Anthony J. DeCristoforo*
Anthony J. DeCristoforo
Paul M. Smith
Attorneys for Defendant AVESIS INCORPORATED

# ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED THAT:

1. The Stipulation of the Parties to STAY this matter, including all proceedings, pending binding arbitration is hereby GRANTED;

2. The Hearing on Defendant's Motion to Compel Arbitration currently set for August 21, 2018 is hereby vacated;

3. The matter is hereby STAYED pending binding arbitration; and

4. This Court shall retain jurisdiction over this matter pending the parties' full and complete participation in binding arbitration, including retention of this Court's power to confirm any potential arbitration award and to enter judgment, as necessary. *The parties are to file a joint status report within ten days of completing the binding arbitration or within six months from the date of this Order, whichever comes first.*

DATED: August 7, 2018

JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

33876006.1